IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE: BOBBY JOE & WANDA JUNE HATTON          CASE NO. 6:13-bk-72529
 Debtors                                                                                  Chapter 13

EUGENE PARLIMENT                                                        PLAINTIFF

VS.                                            AP 6:13-ap-07095

BOBBY JOE HATTON and WANDA JUNE HATTON          DEFENDANTS

AGREED ORDER

 Comes now the parties, by and through their counsel, John Howard, Attorney at Law, P.A., for Creditor, Eugene Parliment, and Wm. Marshall Hubbard, The Honey Law Firm, for Debtors, Bobby Joe Hatton and Wanda June Hatton, and for the agreed order, state:

 1. The Debtors filed for relief under Chapter 13 on July 19, 2013.

 2. The Defendants previously filed a petition for relief under Chapter 7, 6:12-70080, in which the Creditor filed a Complaint to Determine Dischargeability, 12-ap-07040. The complaint and answer were heard and concluded on May 22, 2013. The Defendants were individually and collectively denied their discharge pursuant to 11 U.S.C. 727 (a)(4) and (5) by order and judgment of this court entered June 17, 2013.

 3. The parties hereby agree that the obligation towed to the Creditor that was previously ordered non-dischargeable shall be non-dischargeable in the present or any future bankruptcy proceedings pursuant to 11 U.S.C. 523(a)(10).

Entered On Docket: 02/05/2014

IT IS SO ORDERED.

Richard Taylor
U.S. Bankruptcy Judge

February 5, 2014
DATE

Approved by:

/s/ Wm. Marshall Hubbard
Wm. Marshall Hubbard,
Attorney for Debtors


/s/ John Howard
John Howard,
Attorney for Creditor


cc: John Howard
    Marshall Hubbard

K:\SANDY\FEDERAL\Bankruptcy\CREDITOR\ParlimentHattonAgreedOrder2.wpd